**Opinion issued December 17, 2020.**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-20-00125-CV

_____

**COMFORT COOLING & HEAT, COMFORT COOLING & HEAT BY HIDALGO, HIDALGO HVAC, LLC, GABINO HIDALGO, AND COMFORT, INC., Appellants**

**V.**

**JAN POWELL, Appellee**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Case No. 2018-25951**

---

## MEMORANDUM OPINION

Appellants, Comfort Cooling & Heat, Comfort Cooling & Heat by Hidalgo,

Hidalgo HVAC, LLC, Gabino Hidalgo, and Comfort, Inc., and appellee, Jan Powell,

have filed a joint motion to dismiss this appeal because the parties have reached an

agreement to compromise and settle their dispute. *See* TEX. R. APP. P. 42.1(a)(1). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack, and Justices Hightower and Adams.